| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kenney , Brian F. | 2. Court or Organization<br><br>Bankruptcy - Eastern District of Virginia | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date 9/1/2011<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>200 South Washington St.<br>Alexandria, VA 22314 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Nominee/Account Holder - 529 Account | #1 |
| 2. Nominee/ Account Holder - 529 Account | #2 |
| 3. Nominee/ Account Holder - 529 Account | #3 |
| 4. Nominee/ Account Holder - 529 Account | #4 |
| 5. Nominee/ Account Holder - 529 Account | #5 |
| 6. Partner (through 8/12/2011) | Miles & Stockbridge, P.C. |
| 7. Director (through 8/31/2011) | Northern Virginia Bankruptcy Bar |
| 8. Executive Committee | Walter Chander Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1992 | Miles & Stockbridge Employment Agreement (End Date: 8/12/2011) |
| 2. 1/1992 | Miles & Stockbridge Shareholders Agreement (End Date: 8/12/2011) |
| 3. 9/1989 | Miles & Stockbridge 401-K |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kenney , Brian F. | 05/11/2012 |

| | |
| --- | --- |
| 4. 12/2011 | American Funds 529 Account Agreement |
| 5. 12/2011 | American Funds 529 Account Agreement |
| 6. 12/2012 | American Funds 529 Account Agreement |
| 7. 12/2012 | American Funds 529 Account Agreement |
| 8. 12/2012 | American Funds 529 Account Agreement |
| 9. 9/2011 | U.S. Gov't TSP |
| 10. 2008 | INS Sponsorship Agreement (See Part VIII, below) |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Miles & Stockbridge - Salary and Profit Distribution | $101,249.00 |
| 2. 2011 | U.S. Gov't - Salary | $37,243.00 |
| 3. 2011 | Miles & Stockbridge - Return of Capital | $77,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Willard Associates |
| 2. 2011 | Trade Center Management Assoc, LLC |
| 3. 2011 | Marriott Int'l, agent for Ritz Carlton Hotel Co., LLC |
| 4. 2011 | Portals Hotel Site, LLC, for Mandarin Oriental |
| 5. 2011 | D.C. Dept. of Employment Services |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | Sept. 12-16, 2011 | Washington, D.C. | FJC Program | $202 - Mileage and Parking (4 and 1/2 days) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, N.A. | Mortgage on Investment Property, Springfield, VA | M |
| 2. | Bank of America, N.A. | Revolving Credit Accounts | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Money Market Savings | A | Interest | K | T | | | | | |
| 2. BB&T - Money Market Savings | A | Interest | L | T | | | | | |
| 3. Virginia Commerce Bank - Money Market Savings | A | Interest | K | T | | | | | |
| 4. Virginia Commerce Bank - CD | A | Interest | L | T | | | | | |
| 5. Miles & Stockbridge 401k (SunTrust 2025 Fund) | D | Int./Div. | O | T | | | | | |
| 6. Townhouse Property, Springfield, VA (Rental Income - ▮▮▮ ) | E | Rent | M | W | | | | | |
| 7. Property, Mendoza, Argentina | | None | L | W | | | | | |
| 8. 529 Account, American Funds - ▮▮▮ #1 | A | Dividend | J | T | Buy | 12/29/11 | J | | |
| 9. 529 Account, American Funds - ▮▮▮ #2 | A | Dividend | J | T | Buy | 12/29/11 | J | | |
| 10. 529 Account, American Funds - ▮▮▮ #3 | A | Dividend | J | T | Buy | 12/29/11 | J | | |
| 11. 529 Account, American Funds - ▮▮▮ #4 | A | Dividend | J | T | Buy | 12/29/11 | J | | |
| 12. 529 Account, American Funds - ▮▮▮ #5 | A | Dividend | J | T | Buy | 12/29/11 | J | | |
| 13. Captial One -CD | A | Interest | M | T | | | | | |
| 14. U.S. Gov't TSP | A | Int./Div. | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In late 2011, I received $77,000 as the return of my capital in Miles & Stockbridge, P.C. We put the funds into 529 Accounts with American Funds for ⬛⬛⬛ #1, ⬛⬛⬛ #2, ⬛⬛⬛ #3, ⬛⬛⬛ #4, and ⬛⬛⬛ #5. We paid $3,000 for investment advice and monitoring for these accounts, to Merrill Lynch. Each 529 Account was funded with $14,800. I am the Nominee/ Account Holder for each account. However, investment decisions are not made by my, they are made ⬛⬛⬛

Residential property located in Mendoza, Argentina, does not generate rental income.

Springfield, VA, townhouse property - all rental income is deposited to ⬛⬛⬛ sole account.

I am also a party to a Sponsor Agreement with the U.S. Immigration and Naturalization Service, for the benefit of ⬛⬛⬛ . They were granted residency, and entered the U.S. in December 2011. They have since returned to Argentina.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Brian F. Kenney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544